The document below is hereby signed.

Signed: June 25, 2019



*S. Martin Teel, Jr.*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| SAMUEL W. HAIRSTON, IV, | ) | Case No. 16-00574 |
| | ) | (Chapter 13) |
| Debtor. | ) | Not for publication in |
| | ) | West's Bankruptcy Reporter |

### FURTHER MEMORANDUM DECISION AND ORDER RE
### OBJECTION TO CLAIM OF DEBTOR'S FORMER WIFE

The court's *Memorandum Decision And Order Re Objection To Claim Of Debtor's Former Wife* provided for interest at a set per diem rate on the priority claim against the debtor. The debtor correctly observes (Dkt. No. 79) that allowing interest at a specified per diem interest amount is problematic because "as the claim is paid down, the per diem interest will also be reduced, leading to a reduction in the applicable per diem interest." It is thus

ORDERED that the court's prior *Memorandum Decision And Order Re Objection To Claim Of Debtor's Former Wife* (Dkt. No. 76, entered on April 12, 2019) is modified to provide that Juanita L. Hairston-Price has:

- an allowed claim, entitled to priority as a domestic

        support obligation, for child support in the amount of $2,447.62 plus postpetition interest accruing thereon at 10% per annum,

- an allowed claim, entitled to priority as a domestic support obligation, for prepetition interest on child support in the amount of $2,470.42, with no postpetition interest accruing on that $2,470.42 of prepetition interest, and
- an allowed claim of $20,728.64 not entitled to priority.

It is further

    ORDERED that for purposes of the trustee's determining when Hairston-Price's priority claim has been fully paid, payments to Hairston-Price shall be treated as applied first to interest of a priority character outstanding at the time of payment, whether of a prepetition or postpetition character, and only then to the $2,447.62 non-interest component of Hairston-Price's priority claim.

                                          [Signed and dated above.]

Copies to: Recipients of e-notification of filings;

Juanita L. Hairston-Price
6330 Tisbury Dr.
Burke, VA 22015
[By hand-mailing]